[No. 30780-4-II. Division Two. January 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH NELSON SCOTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00886-5, H. John Hall, J., entered August 20, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[Nos. 29862-7-II; 29879-1-II. Division Two. January 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MICHAEL SMITH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT EDWARD ROPER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 02-1-02431-1, Sergio Armijo, J., entered January 10, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, J., concurred in by Armstrong, J.; Bridgewater, J., dissenting in part.

[No. 30802-9-II. Division Two. January 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN JAMES KIRKLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 03-1-00025-1, Thomas J. Majhan, J., entered August 22, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Van Deren, JJ.